IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL BASOLA SOBAYO, EMMANUEL I O OSINDELE & ALICE OLABISI OSINDELE,<br><br>　　Plaintiffs,<br><br>　　v<br><br>THE BANK OF NEW YORK MELLON TRUST COMPANY, N A, as Trustee, THE CHASE HOME FINANCE, LLC, DAVID R ENDRES, APC, THE ENDRES LAW FIRM, A Professional Corporation,<br><br>　　Defendants.<br>_____/ | No　C 09-3388 VRW<br><br>ORDER |

　　The above-captioned matter may be related to <u>Nathaniel Sobayo, et al v Chase Home Finance, et al</u>, Santa Clara Superior Court #108CV129399, formerly before this court as C 09-00615 JW. Accordingly, pursuant to Civ LR 3-12(c), the matter is referred to Judge Ware to consider whether the cases are related.

　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　/s/ Vaughn R Walker
　　　　　　　　　　　　　　　　　　　　　　VAUGHN R WALKER
　　　　　　　　　　　　　　　　　　　　　　United States District Chief Judge